■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLINT A. BUTLER, Appellant. [690 NYS2d 471] —Judgment unanimously affirmed (*see, People v Kohler,* 147 AD2d 937, *lv denied* 73 NY2d 1017). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Sexual Abuse, 1st Degree.) Present—Lawton, J. P., Wisner, Hurlbutt, Callahan and Balio, JJ.